**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  NOLBERTO R.,

                         Plaintiff,               24 **CIVIL** 9800 (OTW)

     -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
-------------------------------------------------------------------X


     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated March 26, 2026, Plaintiff's motion for judgment on

the pleadings is GRANTED and this case is REMANDED for further proceedings consistent

with this Opinion and Order.

**Dated:**  New York, New York

      March 27, 2026


                                    **TAMMI M. HELLWIG**

                                  _____

                                    **Clerk of Court**

     **BY:**

                                    _____

                                    **Deputy Clerk**